UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20210-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAUL VERDIGLIONE,

    Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

This matter came before the Court on the Report and Recommendation (R&R) [DE 49] of the Honorable Andrea M. Simonton recommending that the Defendant Paul Verdiglione's plea of guilty be accepted and Defendant be adjudicated guilty. The Court has reviewed Judge Simonton's R&R and no objections have been filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the R&R of Magistrate Judge Simonton is ADOPTED and AFFIRMED, and is made the Order of the District Court: Defendant Verdiglione's plea of guilty is accepted, and Defendant Paul Verdiglione is adjudicated guilty as to Count 2 of the Indictment.

DONE AND ORDERED in Miami, Florida this 16th day of May, 2012.

                      PATRICIA A. SEITZ
                      UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel of Record
Judge Andrea M. Simonton